Kirsten McCaw Grossman, Esq.
Ryan S. Carslon, Esq.
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 301
Chatham, New Jersey 07928
Telephone:  (973) 665-9100
Facsimile:  (973) 665-9101
*Attorneys for Defendant/Counterclaim Plaintiff*
*Heartland Payment Systems, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENT BASTON,<br><br>                    Plaintiff,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC,<br><br>                    Defendant. | Civil Action No.<br>3:17-cv-07193 (FLW) (TJB) |

## DEFENDANT/COUNTERCLAIM PLAINTIFF HEARTLAND PAYMENT SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Defendant Heartland Payment Systems, LLC certifies that this party is a non-governmental corporate party and that this party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

- Global Payments Inc. [NYSE: GPN].

DATED:   October 12, 2017           **NUKK-FREEMAN & CERRA, P.C**.

                                                By:s/*Kirsten McCaw Grossman*
                                                Kirsten McCaw Grossman
                                                Ryan S. Carslon
                                                Telephone: (973) 665-9100
                                                Fax: (973) 665-9101
                                                kgrossman@nfclegal.com
                                                rcarlson@nfclegal.com

(*Pro hac vice forthcoming*):
**BONDURANT, MIXSON & ELMORE LLP**

Steven Rosenwasser
Patrick C. Fagan
Fredric J. Bold, Jr.
Chad Lennon
3900 One Atlantic Center
1201 West Peachtree Street NW
Telephone:  (404) 881-4100
Fax:  (404) 881-4111
rosenwasser@bmelaw.com
fagan@bmelaw.com
bold@bmelaw.com
lennon@bmelaw.com
*Attorneys for Defendant/Counterclaim Plaintiff Heartland Payment Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing **DEFENDANT/COUNTERCLAIM PLAINTIFF HEARTLAND PAYMENT SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT** on all parties by causing a copy to be filed electronically through the Court's ECF system.


Dated: October 12, 2017

                                                 s/*Kirsten McCaw Grossman*
                                               Kirsten McCaw Grossman